IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

MATT D. BEGGS                                          PLAINTIFF

v.                  CIVIL NO. 05-2029

JO ANNE B. BARNHART, Commissioner
Social Security Administration                      DEFENDANT

## ORDER

On this 24th day of July 2006, the court has before it for consideration plaintiff's request for attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. For reasons set forth in the report and recommendation filed by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas, on July 6, 2006, the court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards plaintiff's attorney fees in the amount of $1,362.01, representing 10.70 hours of work at a rate of $125.00 per hour and $24.51 in expenses. This amount shall be paid in addition to, and not out of, any past-due benefits plaintiff may be awarded in the future.

IT IS SO ORDERED.

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
JUL 24 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

HON. ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE